UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

G. MICHAEL STRAUSS,

        Plaintiff,

v.

DONNA HAMILTON, *et al*,

        Defendants.

Case No.  C05-5772FDB

ORDER TO SHOW CAUSE

       This case has been referred to United States Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1) and Local MJR 3 and 4.  This matter comes before the Court on plaintiff's filing of a motion to proceed *in forma pauperis* and a civil rights complaint under 42 U.S.C. § 1983.  Plaintiff is currently detained at the Department of Social and Health Services' ("DSHS") Special Commitment Center ("SCC") on McNeil Island.  To file a complaint and initiate legal proceedings, plaintiff must pay a filing fee of $250.00 or file a proper application to proceed *in forma pauperis*.

       On November 29, 2005, the Clerk received plaintiff's complaint and motion to proceed *in forma pauperis*. (Dkt. #1).  Plaintiff states in his affidavit in support of his motion that he works approximately twenty hours per week for less than the minimum wage.  Without the exact amount that plaintiff earns per week, however, the court is unable to determine plaintiff's eligibility for *in forma pauperis* status.  In addition, plaintiff states he has an account at the SCC "with a current balance of $____."  It is not clear

ORDER
Page - 1

though whether plaintiff means he has no money in that account, or whether the space for the amount of money he has in that account was left unintentionally blank.

Accordingly, this Court orders the following:

(1) Plaintiff shall seek to cure this deficiency by filing **no later than February 17, 2006**, a written response stating the dollar amount of earnings he is paid each week and the amount of money, if any, he has in his SCC account.

**Failure to cure these deficiencies by the above date shall be deemed a failure to properly prosecute this matter and the Court will recommend dismissal of this matter.**

(2) The Clerk is directed to send a copy of this Order to plaintiff.

DATED this 17th day of January, 2006.

Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 2