UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| G. MICHAEL STRAUSS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DONNA HAMILTON *et al*.,<br><br>　　　　　Defendants. | Case No.  C05-5772FDB<br><br>ORDER |

　　This Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B). Plaintiff is not proceeding *in forma pauperis* and he has paid the full filing fee. (Dkt. # 5).

　　When plaintiff filed his application to proceed *in forma pauperis* he requested the United States Marshals Service be ordered to serve his complaint. (Dkt. # 1). In February when plaintiff responded to an order to show regarding his application for *in forma pauperis* status he again included a request that the court order service be done for him. (Dkt. # 4). In March plaintiff sent the court a letter asking for a ruling on his requests. (Dkt. # 8). In the future plaintiff will limit his documents to one issue. A motion for court action should be clearly titled as a motion.

　　The court routinely serves complaints for persons proceeding *in forma pauperis* and as plaintiff notes the statute allows for orders of this nature. Plaintiff is not proceeding *in forma*

ORDER
Page - 1

1  *pauperis.* He argues his current restraint creates a hardship on his ability to perfect service. The
2  hardship plaintiff complains of is one shared by all incarcerated or detained persons, but the statute
3  allowing the court to order service does not include this category as requiring service be performed
4  by the government. Plaintiff's motion is **DENIED.**

5  In his letter to the court plaintiff also requests return of his copies of the complaint and he
6  request summons be issued so he can perfect service. **The clerks office is directed to return any**
7  **copies of the complaint in the court's possession and issue summons to the plaintiff for each**
8  **named defendant**. Plaintiff would have less then one month to perfect service and the court on its
9  own motion extends the deadline for perfection of service until **May 5th, 2006**.

10 As a final matter plaintiff complains that his case has been classified as a "550 prisoner Civil
11 Rights Action." (Dkt. # 8). The court is aware that plaintiff is not a prisoner, however this
12 recording category is used for a number of different suits, not all of which involve prisoners.
13 Plaintiff's demand that the action be re-designated is **DENIED**

14 The clerk is directed to send copies of this Order to plaintiff.

15 DATED this 23rd day of March, 2006.

Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 2