1

2

3

4

5

6

7                           UNITED STATES DISTRICT COURT
                           WESTERN DISTRICT OF WASHINGTON
8                                        AT TACOMA

9

10    G. MICHAEL STRAUSS,
                                                        Case No.  C05-5772FDB
11                          Plaintiff,
                                                        ORDER DENYING
12           v.                                         APPLICATION TO PROCEED *IN*
                                                        *FORMA PAUPERIS*
13    DONNA HAMILTON, *et al*,

                            Defendants.
14

15

16        The Court, having reviewed the report and recommendation, petitioner's application to proceed *in*

17    *forma pauperis* and the remaining record, hereby finds and ORDERS:

18        (1)  The Magistrate Judge's report and recommendation is approved and adopted;

19        (2)   Plaintiff's application to proceed *in forma pauperis* is DENIED.

20        (3)  The clerk is directed to send directed to send copies of this Order to petitioner.

21        DATED this 7th day of April 2006.

22

23

24        FRANKLIN D. BURGESS
          UNITED STATES DISTRICT JUDGE
25

26

27

28

ORDER
Page - 1

Dockets.Justia.com