UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

G. MICHAEL STRAUSS,

        Plaintiff,

    v.

DONNA HAMILTON, *et al*,

        Defendants.

Case No.  C05-5772FDB

ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

The Court, having reviewed the report and recommendation, petitioner's application to proceed *in forma pauperis* and the remaining record, hereby finds and ORDERS:

(1) The Magistrate Judge's report and recommendation is approved and adopted;

(2)  Plaintiff's application to proceed *in forma pauperis* is DENIED.

(3) The clerk is directed to send directed to send copies of this Order to petitioner.

DATED this 7th day of April 2006.

*/s/ Franklin D. Burgess*
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1