UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| G. MICHAEL STRAUSS,<br><br>        Plaintiff,<br><br>    v.<br><br>DONNA HAMILTON, *et al.*,<br><br>        Defendants. | Case No. C05-5772FDB/KLS<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION |

On May 11, 2006, the court denied plaintiff's motion to open discovery or stay defendant's motion for summary judgment (Dkt. # 18).  The court's order was based on plaintiff's inability to produce evidence of a violation of a constitutional violation and factual dispute precluding summary judgment.

After carefully reviewing the motion for reconsideration and the record, the court ORDERS as follows:

(1)    Plaintiff's motion for reconsideration (Dkt. # 23) is **DENIED.**  Motions for reconsideration are disfavored and will ordinarily be denied in the "absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to [the Court's] attention earlier with reasonable diligence."  Local Rule CR 7(h)(1).  Here,

ORDER -  1

1 plaintiff has identified no error in the court's order, nor presented any new facts or legal authority
2 that suggest reconsideration is appropriate. Plaintiff's motion is therefore denied.
3       (2)    The Clerk is directed to send copies of this Order to plaintiff and to the Honorable
4 Franklin D. Burgess.

6     DATED this 6th day of June, 2006.

                                      Karen L. Strombom
                                      United States Magistrate Judge

ORDER - 2