UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

G. MICHAEL STRAUSS,

    Plaintiff,

    v.

DONNA HAMILTON, *et al.*,

    Defendants.

Case No. C05-5772 FDB

ORDER ADOPTING REPORT AND RECOMMENDATION GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

    The magistrate Judge recommends that Defendants' motion for summary judgment be granted and Plaintiff's 42 U.S.C. § 1983 civil rights action be dismissed with prejudice.

    Plaintiff has filed objections asserting numerous procedural and substantive defects in the proceedings. The Court has reviewed these objections and finds them to be unsubstantiated or without merit.

    The Court, having reviewed Plaintiffs' complaint, the Report and Recommendation of Magistrate Judge Karen L. Strombom, Plaintiff's Motion for Reconsideration and Order denying the same, objections to the Report and Recommendation, and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation;

    (2)    Defendants' motion for summary judgment [Dkt. # 16] is **GRANTED** and plaintiff's complaint is **DISMISSED WITH PREJUDICE**; and

ORDER - 1

(3) The Clerk is directed to send copies of this Order to plaintiff, counsel for defendants and to the Hon. Karen L. Strombom.

DATED this 13th day of June, 2006

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2