UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

G. MICHAEL STRAUSS,

    Plaintiff,

    v.

DONNA HAMILTON, *et al.*,

    Defendants.

Case No. C05-5772FDB

ORDER DENYING LEAVE TO APPEAL *IN FORMA PAUPERIS*

The Court adopted the Report and Recommendation agreeing with the conclusion therein that Plaintiff failed to identify a violation of any constitutional right. Plaintiff now moves to appeal *in forma pauperis*. Plaintiff applied for IFP status at the beginning of this case, but later withdrew the motion and paid the filing fee. Upon review of the record in this case, the Court concludes that the motion to appeal IFP must be denied. ACCORDINGLY,

IT IS ORDERED: Plaintiff's Motion for Leave To Proceed IFP [Dkt. # 32] is DENIED.

DATED this 18th day of July, 2006.

                                      FRANKLIN D. BURGESS
                                      UNITED STATES DISTRICT JUDGE

ORDER - 1